# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | : : : : : | |
| Plaintiff, | : : | C.A. No. 18-1229-CFC |
| v. | : : | |
| MAVENIR, INC. F/K/A XURA, INC., PHILIPPE TARTAVULL, HENRY R. NOTHHAFT, SUSAN D. BOWICK, JAMES BUDGE, NICCOLO DE MASI, MATTHEW A. DRAPKIN, DORON INBAR, and MARK C. TERRELL, | : : : : : : : | |
| Defendants. | : : | |

## DEFENDANTS' MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL AS COUNSEL TO THE PUTATIVE CLASS

Defendants Mavenir, Inc., Philippe Tartavull, Henry R. Nothhaft, Susan D. Bowick, James Budge, Niccolo de Masi, Doron Inbar, and Mark C. Terrell,[1] by and through their undersigned counsel, hereby move the Court for an order disqualifying Rosenthal, Monhait & Goddess, P.A., Thornton Law Firm LLP and Kirby McInerney LLP from representing Wayne County Employees' Retirement System and Utah Retirement Systems as lead plaintiffs or the putative class in this matter. The grounds for this Motion are set forth in an opening brief, which is being filed simultaneously herewith.

---

[1] Defendant Matthew A. Drapkin is separately represented.

WEST\285655695.1

|  |  |
|---|---|
| DATED: March 15, 2019 | **DLA PIPER LLP (US)** |
|  | */s/ John L. Reed* |
|  | John L. Reed (I.D. No. 3023) |
|  | Ethan H. Townsend (I.D. No. 5813) |
|  | Peter H. Kyle (I.D. No. 5918) |
|  | Harrison Carpenter (I.D. No. 6018) |
|  | 1201 North Market Street, Suite 2100 |
|  | Wilmington, DE 19801 |
|  | T: (302) 468-5700 |
|  | F: (302) 394-2341 |
|  | john.reed@dlapiper.com |
|  | ethan.Reed@dlapiper.com |
|  | peter.kyle@dlapiper.com |
|  | harrison.carpenter@dlapiper.com |
|  | *Attorneys for Defendants Mavenir, Inc., Philippe Tartavull, Henry R. Nothhaft, Susan D. Bowick, James Budge, Niccolo de Masi, Doron Inbar, and Mark C. Terrell* |