## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MAVENIR, INC. F/K/A XURA, INC., PHILIPPE TARTAVULL, HENRY R. NOTHHAFT, SUSAN D. BOWICK, JAMES BUDGE, NICCOLO DE MASI, MATTHEW A. DRAPKIN, DORON INBAR, and MARK C. TERRELL, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 18-1229-CFC-SRF

## ORDER

At Wilmington this **1st** day of **August, 2019**, the court having considered the parties'

briefing, and for the reasons set forth in the Memorandum Opinion issued this same date, IT IS

HEREBY ORDERED THAT plaintiff's motion for appointment as lead plaintiff and approval of

its selection of lead counsel is GRANTED and defendants' motion to disqualify plaintiff's

counsel is DENIED.

Sherry R. Fallon

United States Magistrate Judge