IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WAYNE COUNTY EMPLOYEES
RETIREMENT SYSTEM, on behalf of
itself and all other similarly situated,

        *Plaintiff*,

   v.

MAVENIR, INC., formerly known as
XURA, INC., PHILIPPE TARTAVULL,
HENRY R. NOTHAFT, SUSAN D.
BOWICK, JAMES BUDGE, NICCOLO
DE MASI, MATTHEW A. DRAPKIN,
DORON INBAR, MARK C. TERRELL,

        *Defendants*.

No. 1:18-cv-01229-SB

**ORDER**

   I **DISMISS WITH PREJUDICE** the claims in the Second Amended Complaint [D.I. 87]. I direct the Clerk to **CLOSE** this case.

Dated: March 30, 2022

_____
UNITED STATES CIRCUIT JUDGE